**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **SYDNEY NICOLE LLC** | § | |
| **AND SYDNEY NICOLE** | § | |
| **GIFFORD,** | § | |
| *Plaintiffs,* | § | **CIVIL ACTION NO.:** |
| | § | |
| v. | § | **1:24-cv-423** |
| | § | |
| **ALYSSA SHEIL LLC AND** | § | |
| **ALYSSA SHEIL,** | § | |
| *Defendants.* | § | **JURY** |
| | § | |
| | § | |

# EXHIBIT

# A

# TO

# COMPLAINT

# EXHIBIT A

## Side-by-Side Comparison of Plaintiffs' Posts and Infringing Material Posted by Defendants*

*Since Defendants' posting of some of the content herein, some posts have been removed by the respective site moderators pursuant to copyright infringement reports.

# Amazon Photo Posts

## Plaintiffs:



Sydney Nicole
Earns Commissions

Products in this photo

ANRABESS
ANRABESS Women's 2 Piece
Outfits Long Sleeve Cable...
$55.99

CASSLANDO
CASSLANDO Arched Full
Length Mirror 64" x 21",...
$64.99
FREE delivery Wednesday,
December 20

my must have lounge set + arched mirror <3 size reference: I'm 5'2" and 115 and
size up to M in this set for a comfy fit!!

Posted 24 days ago

## Defendants:



Alyssa Sheil
Earns Commissions

Follow

Products in this photo

FLYDO
FLYDO Womens Slouch Sock
Scrunch Socks Soft Long...
$25.99
FREE delivery Wednesday,
December 20 on orders shipped by
Amazon over $35

CUSHIONAIRE
CUSHIONAIRE Women's
Hippy Genuine Suede pull...
$79.99
FREE delivery Wednesday,
December 20

ANRABESS
ANRABESS Women's 2 Piece
Outfits Long Sleeve Cable...
$55.99

cutest sweater set #holiday2023

Posted 19 days ago

URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.v1.
14eb4b38-28db-4299-8129-b905801629597ref_=aip_sf_photo_spv_ofs_photo_
d

"KnitSet.2023.11.17" in U.S. Copyright Reg. No. VA0002380575

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppable
media.v1.06cfdd37-8cdc-4159-8c46-17816b5fc67c?ref_=aip_sf_ph
oto_spv_ofs_photo_d

*Screencaptures taken December 15, 2023*

# Amazon Photo Posts

## Plaintiffs:



**Sydney Nicole**
Earns Commissions

Following



♡ 8

an active set I'm drooling over + accessories that make it all a 10/10 · size reference: wearing size xs top and shorts 5'2", 115lbs, 32C

URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppableme dia.v1.f80fd2b0-a255-41cd-a447-7a3862f95ce0?ref_=aip_sf_photo_spv _ofs_photo_d

"ActivewearSelfie.2023.01.30" in U.S. Copyright Reg. No. VA0002380575

*Screencaptures taken December 15, 2023*

## Defendants:

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shop pablemedia.v1.95670b7b-6394 -4cb8-980e-fa7b7e1200502?ref _=aip_sf_photo_spv_ofs_photo _d



**Alysa Sheil**
Earns Commissions

Follow

♡ 3

neutral pilates look
Posted 10 days ago

# Amazon Photo Posts

## Plaintiffs:

**Sydney Nicole**
Earns Commissions



♡ 17

so many of my amazon home favs in one pic 😍 these stacking tables turned out to be the perfect coffee table even though i was planning to use them as side tables! i'm in love. ps the rug is also one of my fav home finds literally ever 1000/10 recommend

Posted 6 months ago

**Products in this photo**

kevinplus
kevinplus Wood Side Table
Round Small Coffee Tables...
$141⁹⁹  12% off  Deal
Last Price $159.99
$31 delivery December 25 -
January 2. Details

Soho House
Eat Drink Nap: Bringing the
House Home
$54²⁴
FREE delivery January 3 - 19.
Details

Stassie
Stassie Faux Fur Throw
Blanket – Soft and Elegant...
$39⁹⁹
FREE delivery Wednesday,
December 20

LUXE WEAVERS
LUXE WEAVERS Modern
Geometric Wave Gray 5x12...
$270⁹⁹
FREE delivery Tuesday, December
26. Details

URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.v
1.80d49345-279b-48f0-9f2a-16d0312fb6ef?ref_=aip_sf_photo_spv_ons_phot
o_d

"CoffeeTables.2023.06.14" in U.S. Copyright Reg. No. VA0002380575

## Defendants:

**Alyssa Sheil**
Earns Commissions  Follow



♡ 4

obsessed with my nesting coffee table set up

Posted 20 days ago

2 of 2

**Products in this photo**

kevinplus
kevinplus Wood Side Table
Round Small Coffee Tables...
$141⁹⁹  12% off  Deal
Last Price $159.99
$31 delivery December 25 -
January 2. Details

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppable
media.v1.201899e6-d2c8-465a-aa53-bd040f7e6ed1?ref_=aip_sf_ph
oto_spv_ofs_photo_d

Screencaptures taken December 15, 2023

# Amazon Photo Posts

## Plaintiffs:





URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1_shoppablemedia.v
1_ce629fbe-4109-4382-9acb-e2fbeeb9f4c8?ref_=aip_sf_photo_spv_ons_pho
to_d

"FridgePlanner.2023.11.21" in U.S. Copyright Reg. No. 0002380575

Screencaptures taken December 15, 2023

## Defendants:



URL:
https://www.amazon.com/shop/alyssasheil/photo/amzn1.shopp
ablemedia.v1.a4529448-fe18-4fe3-af11-60f260dca3ad?ref_=aip
_sf_photo_spv_ofs_photo_d

# Amazon Photo Posts

## Plaintiffs:

## Defendants:



URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.v1.d15a1135-f077-4acd-b934-401e5b70a899?ref_=aip_sf_photo_spv_ons_photo_d

"LivingRoomOverview.2023.06.17" in U.S. Copyright Reg. No. VA0002380575

URL:
https://www.amazon.com/shop/alyssashell/photo/amzn1.shoppablemedia.v1.5480e6e0-e22e-45d6-af90-50ed5092f0967?ref_=aip_sf_photo_spv_ofs_photo_d

# Amazon Photo Posts

## Plaintiffs:

## Defendants:








URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.v1.dd2b5db9-faa2-45eb-9809-8d31d9ee3cfb?ref_=aip_sf_photo_spv_ofs_photo_d
"HoodieSet.2023.11.23" in U.S. Copyright Reg. No. VA0002380575

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppablemedia.v1.5c88a484-05c4-4072-97a9-5932ac4135af?ref_=aip_sf_photo_spv_ofs_photo_d

*Screencaptures taken December 15, 2023*

# Amazon Photo Posts

## Plaintiffs:





URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.
v1.9eaa0227-39fe-4e27-abb6-afe8c379ee63?ref_=aip_sf_photo_spv_ons
_photo_d

"GreyShortsSet.2023.10.10" in U.S. Copyright Reg. No. VA0002380575

*Screencaptures taken December 15, 2023*

## Defendants:





URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppable
media.v1.5ce28d86-ba79-4dbd-bf67-8ae0d68f462e?ref_=aip_sf_pho
to_spv_ofs_photo_d

# Amazon Photo Posts

## Plaintiffs:



**Sydney Nicole**
Earns Commissions

Products in this photo



**ANRABESS**
ANRABESS Women Hoodies
Fleece Oversized Sweatshir...
See all buying options



**AUTOMET**
AUTOMET Womens Cargo
Sweatpants Casual Baggy...
$38⁹⁹
FREE delivery Wednesday,
December 20



♡ 7

anbza quality sweats 🤍 seriously recommend SO MUCH I have an oversized
sweats fit so I grab L in the sweatpants and XL in this sweatshirt (I'm 5'2' and
115lbs)

Posted 22 days ago

URL: https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppable
media.v1_eec0d8ab-3e4a-47a3-8231-8200071e4ab7c?ref_=aip_sf_photo_s
pv_ofs_photo_d

"CargoSweats.2023.11.23" in U.S. Copyright Reg. No. VA0002380575

*Screencaptures taken December 15, 2023*

## Defendants:

**Alyssa Sheil**
Earns Commissions
[Follow]

Products in this photo



**ANRABESS**
ANRABESS Women Hoodies
Fleece Oversized Sweatshir...
$35⁹⁹
FREE delivery Wednesday,
December 20

**AUTOMET**
AUTOMET Womens Cargo
Sweatpants Casual Baggy...
$38⁹⁹

♡ 6

better than anbza loungewear #Holiday2023
Posted 19 days ago

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppable
media.v1_5c88a484-05c4-4072-97a9-5932ac4135af?ref_=aip_sf_ph
oto_spv_ofs_photo_d

# Amazon Photo Posts

## Plaintiffs:



## Defendants:




URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.s
hoppablemedia.v1.3dbcf480-5b5d-4277-869b-e4627c6d530
57ref =aip_sf_photo_spv_ons_photo_d
"OfficeDesk.2023.09.19" in U.S. Copyright Reg. No.
VA0002380575

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppableme
dia.v1.89ba9d72-43b9-49a6-a1ce-0d2123be7f60?ref =aip_sf_photo_s
pv_ofs_photo_d

Screencaptures taken December 15, 2023

# Amazon Photo Posts

## Plaintiffs:





Sydney Nicole
Earns Commissions

Products in this photo



CAROTE Pots and Pans Set
Nonstick White Granite...
$79⁹⁹
42% off Deal
FREE delivery Wednesday,
December 20

Country Kitchen



Country Kitchen 16 Piece
Pots and Pans Set - Safe...
$89⁹⁹

♡ 4

my favorite affordable pans!! have had these over a year now and they've held
up goooooorgeously
Posted 24 days ago

## Defendants:

Alyssa Sheil
Earns Commissions

Follow



Products in this photo



CAROTE
CAROTE Nonstick Cookware
Sets, Pots and Pans Set...
$119⁹⁹
FREE delivery Wednesday,
December 20. Order within 7 hrs 41
mins.

♡ 2

cookware set on deal #holiday2023 🎄
Posted 21 days ago

URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.v1.
5dab3fe3-7fc9-4c3d-ae47-154a55958437?ref_=aip_sf_photo_spv_ons_photo_
d

"CreamPots.2023.11.21" in U.S. Copyright Reg. No. 0002380575

URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shopp
ablemedia.v1.9a7dc580-9601-47c5-b882-8df8aa303328?ref_=ai
p_sf_photo_spv_ofs_photo_d

*Screencaptures taken December 15, 2023*

# Amazon Photo Posts

## Plaintiffs:

Sydney Nicole
Earns Commissions



THIS DRESS !!! absolutely unreal how well this dress hugs the right places and the ribbed material is thick, stretchy, and way comfier than I would've imagined!! I immediately ordered this dress in black too 10/10 Size ref: I'm 5'2" and 115lbs wearing an XS #inspire

Posted 7 months ago

♡ 28

**Products in this photo**



Casative
Casative Water Ripple
Pattern Curly Wave Frame...
$12⁹⁹
FREE delivery Wednesday,
December 20 on orders shipped by
Amazon over $35



REORIA
REORIA Women's Sexy
Lounge Slip Long Dress...
$34⁸⁹
FREE delivery Wednesday,
December 20 on orders shipped by
Amazon over $35

URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.
shoppablemedia.v1.13c9a71e-3d23-4f63-82d9-15fe8519fa
87ref =aip_sf_photo_spv_ons_photo_d

"TankDress.2023.05.4'" in U.S. Copyright Reg. No.
VA0002380575

*Screencaptures taken December 15, 2023*

## Defendants:

Alyssa Shell
Earns Commissions

[Follow]



the iconic skims inspired maxi on deal #foundironamazon

Posted 18 days ago

♡ 5

**Products in this photo**



PUMEY
PUMEY Women's Slip Maxi
Dress Sexy Ribbed Bodyco...
$34⁹⁹
FREE delivery Wednesday,
December 20 on orders shipped by
Amazon over $35

URL:
https://www.amazon.com/shop/alyssasaheill/photo/amzn1.shoppablemedi
a.v1.67ba3ffc-8afc-4d41-af5c-6d982102e5c27ref =aip_sf_photo_spv_of
s_photo_d

# Amazon Photo Posts

## Plaintiffs:





URL:
https://www.amazon.com/shop/sydneynicole/photo/amzn1.shoppablemedia.v1.fde435bd-0edb-4999-8191-86f57d6b8fda?ref_=aip_sf_photo_s pv_ofs_photo_d

"WhiteTeddyJacket.2023.11.23" in U.S. Copyright Reg. No. VA0002380575

## Defendants:



URL:
https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppablemedia.v1.519c959c-6493-4984-83cb-47d5d8f05d7d?ref_=aip_sf_photo_s pv_ofs_photo_d

*Screencaptures taken December 15, 2023*

13

# Instagram Content

## Plaintiffs:



Posted 12/7/2023
"BlackOutfit.2023.12.07" in
U.S. Copyright Reg. No.
VA0002380575

## Defendants:



Posted 12/11/2023

# Instagram Content

## Plaintiffs:



Posted 10/27/2023
"CarSitting.2023.10.27" in
U.S. Copyright Reg. No.
VA0002380575

## Defendants:



Posted 12/21/2023

# Instagram Content

## Defendants:





URL:
https://www.instagram.com/
p/CoaIgJyp-ZBI/?img_index
=2

Posted 2/8/2023

## Plaintiffs:





URL:
https://www.instagram.com/p/Cnzh
2nSuOJb/?img_index=2
Posted 1/24/2023
Photos registered as
"WhiteBodysuitOutfit.2023.01.24"
and
"WhiteBodysuitSelfie.2023.01.24"
under U.S. Copyright Reg. No.
VA0002380575

# Instagram Content

## Defendants:

@alyssasheill



URL:
https://www.instagram.com/p/C1N-HU0Ns1v/

Posted 12/23/2023

## Plaintiffs:

@sydneynicolegiff





URL:
https://www.instagram.com/reel/CvtzXCJuPJK/

Posted 10/22/2023
Reg. No. PA 2-462-362,
"PhoneCases.2023.10.22"

# Instagram Content

## Defendants:

@alyssasheill



URLs:

https://www.instagram.com/reel/C0RuwUHgnl-/

https://www.tiktok.com/@alyssasheill/video/7307280176403057963

Posted 11/30/2023

im SO obsessed 🤍 🔗 link...

△ 10.7K

## Plaintiffs:

@sydneynicolegiff



URL:

https://www.instagram.com/reel/CrJGlY1AQ2P/

Posted 4/17/2023

Reg. No. PA 2-462-341, "AcrylicPanner.2023.04.17"

# Instagram Content

## Defendants:

@alyssasheil

URLs:
https://www.instagram.com/reel/C0C239qJyPg/

https://www.tiktok.com/@alyssasheil/photo/7305488401543728427

Posted 11/24/2023



△ 28.3K

all linked on my amzn

## Plaintiffs:

@sydneynicolegiff

URL:
https://www.instagram.com/reel/C0Aq774u75Z/

Reg. No. VA 2380575
"TeddyChair.2023.10.10",
"CreamPots.2023.11.21",
"DetachablePans.2023.10.10",
"BedBench.2023.12.12",
"WaveMirror.2023.11.21",
etc.

Posted: 11/23/2023




# Instagram Content

## Defendants:

@alyssasheill

URLs:
https://www.instagram.com/reel/Cz9He2dA9vc/

https://www.tiktok.com/@alyssasheill/video/7303265638527569194
Posted 11/22/2023





the highest quality & mo...

## Plaintiffs:

@sydneynicolegiff

URL: https://www.instagram.com/reel/CyRl2EJOfpK/
Posted 10/11/2023
Reg. No. PA 2-462-357,
"Loungewear.2023.10.11"



# Instagram Content

## Defendants:

@alyssasheill



URL:
https://www.instagram.com/reel/CznD8_WtBQI/
Posted 11/13/2023

## Plaintiffs:

@sydneynicolegiff





URL:
https://www.instagram.com/reel/Cp8KPyGqlNO/
Posted: 3/18/2023
Reg. No. PA 2-462-360,
"MakeupBag.2023.03.18"

# Instagram Content

## Defendants:

@alyssasheill



URLs:
https://www.instagram.com/reel/CzMwfXcp4Ab/

https://www.tiktok.com/@alyssasheill/video/7297352892573338926
Posted 11/3/2023

## Plaintiffs:

@sydneynicolegiff



URL:
https://www.instagram.com/reel/CyiIBztOZeg/
Posted: 10/10/2023
Reg. No. PA 2-462-375,
"TheTox.2023.10.19"

# Instagram Content

## Defendants:

@alyssasheill









URLs:
https://www.instagram.com/reel/CwxlLbAq0Lp/

https://www.tiktok.com/@alyssasheil/video/727499024098350212
Posted 9/4/2023

△ 15.5K

on my amazon sf ! ...

## Plaintiffs:

@sydneynicolegiff

URL:
https://www.instagram.com/reel/Cs9lfPCqc84/
Reg. No. PA 2-462-364,
"OliveTree.2023.06.01"
Posted: 6/1/2023

# Instagram Content

## Plaintiffs:



## Defendants:



# Instagram Content

**Defendants:**



**Plaintiffs:**



**Defendants:**



**Plaintiffs:**



**Defendants:**



**Plaintiffs:**



Defendants' URL:
https://www.instagram.com/reel/CyRYnDypxCk/
Posted 10/11/2023

Plaintiffs' URL:
https://www.instagram.com/reel/CoGDX2AgZ1F/
Posted 1/31/2023
Reg. No. PAu-4-211-810, "One Home Find You Need From Amazon"

# TikTok Content

## Defendants:

URL:
https://www.tiktok.com/
@alyssasheil/video/730
5137818223873322

Posted 11/24/2023



alll linked on my amazon …



@alyssasheil

## Plaintiffs:

URL:
https://www.instagram.com/
reel/C0Ag774u75Z/

Posted 11/23/2023
Reg. No. VA 2380575
"TeddyChair.2023.10.10",
"CreamPots.2023.11.21",
"DetachablePans.2023.10.
10",
"BedBench.2023.12.12",
"WaveMirror.2023.11.21",
etc.







@sydneynicolegiff

# TikTok Content

## Defendants:







URL: https://www.tiktok.com/@alyssashell/photo/7312484543901060394
Posted 12/14/2023

## Plaintiffs:









URL: https://www.tiktok.com/@sydneynicolegiff/photo/7311855271507283231
Posted 12/12/2023
Reg. No. VA0002380575, BestHomePurchases.2023.12.12,
GuestBathroom.2023.06.05, CoffeeTumbler.2023.12.12, CreamPots.2023.11.21,
FridgePlanner.2023.11.21, LivingRoomOverview.2023.06.17,
OfficeCouch.2023.12.12, OfficeTeddyChair.2023.11.23



# TikTok Content

## Defendants:









URL: https://www.tiktok.com/@alyssashell/photo/7315864448411979054
Posted 12/23/2023

## Plaintiffs:

URL: https://www.tiktok.com/@sydneynicolegiff/photo/7311855271507283231
Posted 12/12/2023
Reg. No. VA0002380575, BestHomePurchases.2023.12.12,
GuestBathroom.2023.06.05, CoffeeTumbler.2023.12.12, CreamPots.2023.11.21,
FridgePlanner.2023.11.21, LivingRoomOverview.2023.06.17,
OfficeCouch.2023.12.12, OfficeTeddyChair.2023.11.23

29

# TikTok Content

## Plaintiffs:



URL:
https://www.tiktok.com/@sydneynicoleqliff/video/7243837431005465902
Posted 6/12/2023
"EntryWay.2023.06.12" in U.S. Copyright Reg. No. VAu0002380575

## Defendants:







URLs:
https://www.tiktok.com/@alyssasheil/video/7325820817700987
857
https://www.tiktok.com/@alyssasheil/photo/7327789446294670
634
Posted 1/19/2024, 1/25/2024

# TikTok Content

## Defendants:






URL:
https://www.tiktok.com/@alyssashail/video/7324469924951379243
Posted 1/15/2024
https://www.tiktok.com/@alyssashail/video/7348885863029427502
Posted 3/21/2024

## Plaintiffs:





URL: https://www.tiktok.com/@sydneynicolegiff/video/7313952802982661406
Posted 12/18/2023
"BagandDecor.2023.12.18" in U.S. Copyright Reg. No. VA0002380575; Reg.
No. PA 2-462-344, "BagsHaul.2023.12.18"

# TikTok Content

## Plaintiffs:







## Defendants:

URL:
https://www.tiktok.com/@sydneynicolegiff/photo/73144
6196482930719
Posted 12/20/2023
Reg. No. VA0002380575,
"BowEarringsLayout.2023.12.19",
"BowEarringsOn.2023.10.19"

URL:
https://www.tiktok.com/@alyssasheil/photo/731628255583067169
74
Posted 12/23/2023

# TikTok Content

## Defendants:



URL:
https://www.tiktok.com/@alyssashell/video/7311500978111434026

Posted 12/11/2023

## Plaintiffs:

URL:
https://www.tiktok.com/@sydneynicoleafif/video/7307750514907991342

Posted 12/11/2023

Reg. No. PA 2-462-380, "DreamPairs.2023.12.01"

# TikTok Content

## Plaintiffs:



URL:
https://www.tiktok.com/@sydneynicolegiff/video/7309223406325556676
3
Posted 12/5/2023
Reg. No. PA 2-462-366, "GiftsUnder50.2023.12.05"

## Defendants:



URL:
https://www.tiktok.com/@alyssashell/video/730988252553340
8558
Posted 12/7/2023

# TikTok Content

## Defendants:



URL:
https://www.tiktok.com/@alyssasheil/video/7308821641833910
3274
Posted 12/4/2023

## Plaintiffs:





URL:
https://www.tiktok.com/@sydneynicolegiff/video/729996067546248
3246
Posted 11/10/2023
Reg. No. PA 2-462-378, "GiftsforHim.2023.11.10"

# TikTok Content

## Defendants:

URL: https://www.tiktok.com/@alyssasheil/photo/7306994797533310250

Posted 11/29/2023








## Plaintiffs:

URL: https://www.tiktok.com/@sydneynicolegiff/photo/7290975812864445738

Posted 10/17/2023
Reg. No. VA0002380575,
HoodiesLayout.2023.10.17,
KnitSetsLayout.2023.10.17,
PrimeDayOrder.2023.10.17,
PrimeOrder.2023.10.17,
RompersLayout.2023.10.17









# TikTok Content

## Plaintiffs:



URL:
https://www.tiktok.com/@sydneynicolegiff/video/7163305199489010987
Posted 11/7/2022
Reg. No. PA 2-462-377, "TeddyBench.2022.11.07"

## Defendants:



URL:
https://www.tiktok.com/@alyssashell/video/7301367167172250923
Posted 11/14/2023

# TikTok Content

## Defendants:



URL:
https://www.tiktok.com/@alyssasheil/video/728993294493475
1531
Posted 10/14/2023

## Plaintiffs:



URL:
https://www.tiktok.com/@sydneynicolegiff/video/719373640006633
83150
Posted 1/28/2023
Reg. No. 2-462-383, "LampSetUp.2023.01.28"

# TikTok Content

## Defendants:



URL:
https://www.tiktok.com/@alyssasheill/video/721523628
8507661611
Posted 3/27/2023

## Plaintiffs:



URL:
https://www.tiktok.com/@sydneynicolegiff/video/72063309992657437
78
Posted 3/3/2023
Reg. No. PA 2-462-346, "CheckeredSet.2023.03.03"

# TikTok Content

## Defendants:

Flower clip and white boots do not come with the featured skirt and shirt set.





URL:
https://www.tiktok.com/@alyssasheill/video/721154903
5361045803
Posted 3/17/2023

## Plaintiffs:



URL: https://www.instagram.com/p/CoQ8kmNunEv/?img_index=2
Posted 3/1/2023
"SkirtOutfit2.2023.03.01" in U.S. Copyright Reg. No. VA0002380575

# TikTok Content



**Defendants:**

URL:
https://www.tiktok.com/@alyssasheill/video/7236430934323547434
Posted 5/23/2023

**Plaintiffs:**

URL:
https://www.tiktok.com/@sydneynicolegifl/video/7235314719698160942
Posted 5/20/2023
Reg. No. PA 2-462-385, "FlowerTop.2023.05.20"

# TikTok Content

## Defendants:








URL:
https://www.tiktok.com/@alyssasheil/photo/7305787717
2320195882
Posted 11/26/2023

## Plaintiffs:






URL:
https://www.tiktok.com/@sydneynicolegiff/photo/73
046913029799980587
Posted 11/23/2023
Reg. No. VA0002380575,
"KnitSet.2023.11.17",
"HoodieSet.2023.11.23",
"CargoSweats.2023.11.2
3",
"BlackJacket.2023.11.23"

# TikTok Content

## Defendants:

URL: https://www.tiktok.com/@alyssasheil/photo/7313305776523595051
Posted 12/16/2023, circa 3 p.m. CT









## Plaintiffs:

URL: https://www.tiktok.com/@sydneynicolegiff/photo/7313213829599595807
Posted 12/16/2023, circa 10 a.m. CT,
Reg. No. VA0002380575,
"ClosetBasics.2023.12.16",
"GreyDress.2023.11.17",
"WhiteBag.2023.12.16",
"WhiteLongSleeve.2023.11.23"








# Infringing Content Re-posted After Removal

Defendants posted a photo that infringes upon Plaintiffs' "CreamPots.2023.11.21" work protected by VA 0002380575 on at least seven occasions *after* the original content was removed pursuant to copyright infringement reports. The photo was reposted by Defendants on Amazon on 3/19 and 3/20 and on TikTok on 3/20, 3/21, 3/22, 3/30, and 4/15 of 2024. Original photo posts were posted 11/24/2023 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

## Sample Screenshots:



URLs:

(1)
https://www.amazon.com/shop/alyssashell/photo/amzn1.shoppablemedia.v1.37412140-6603-408c-8851-25c89e7336897ref_=aip_sf_photo_spv_ofs_mixed_d

(2)
https://www.amazon.com/shop/alyssashell/photo/amzn1.shoppablemedia.v1.c79a8450-000da-43f2-80d2-19583924d72b?ref_=aip_sf_photo_spv_ofs_photo_d

(3) https://www.tiktok.com/@alyssashell/photo/7348995272825868330

(4) https://www.tiktok.com/@alyssashell/photo/7349298154615016750

(5) https://www.tiktok.com/@alyssashell/photo/7352217465255906602

(6) https://www.tiktok.com/@alyssashell/photo/7357863799107407146

(7) https://www.tiktok.com/@alyssashell/photo/7348452919420701998

# Infringing Content Re-posted After Removal

Defendants posted a photo that infringes upon Plaintiffs' "FridgePlanner.2023.11.21" work protected by VA 0002380575 on at least three occasions *after* substantially similar original content was removed pursuant to copyright infringement reports. The photos were posted by Defendants on TikTok on 3/30, 4/15, and 4/17 of 2024. Original photo post was posted 12/1/2023 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

Sample Screenshot:



URLs:
(1) https://www.tiktok.com/@alyssasheil/photo/7352217465255906602
(2) https://www.tiktok.com/@alyssasheil/photo/7357863799107407146
(3) https://www.tiktok.com/@alyssasheil/photo/7356891500744297770

# Infringing Content Re-posted After Removal

Defendants posted a photo that infringes upon Plaintiffs' "EntryWay.2023.06.12" work protected by VA 0002380575 on at least two occasions *after* substantially similar original content was removed pursuant to copyright infringement reports. The photos were posted by Defendants on TikTok on 3/30 and 4/17 of 2024. Original photo post was posted 1/19/2024 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

Screenshots:





URLs:
(1) https://www.tiktok.com/@alyssashell/photo/7358891500744297770
(2) https://www.tiktok.com/@alyssashell/photo/7352217465255906602

45

# Infringing Content Re-posted After Removal

Defendants posted photos that infringe upon Plaintiffs' "TankDress.2023.05.4" work protected by VA 0002380575 on at least four occasions *after* substantially similar original content was removed pursuant to copyright infringement reports. The photos were posted by Defendants on Amazon on 3/19 and on TikTok on 3/20, 3/21, and 3/31 of 2024. Original photo post was posted 12/3/2023 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

## Sample Screenshots:



URLs:
(1) https://www.amazon.com/shop/alyssasheill/photo/amzn1.shoppablemedia.v1.e4216cda-bd71-4dea-be57-2c758875b6bd?ref_=aip_sf_photo_spv_ofs_photo_d
(2) https://www.tiktok.com/@alyssasheill/photo/7348627874930281770
(3) https://www.tiktok.com/@alyssasheill/photo/7348995277285868330
(4) https://www.tiktok.com/@alyssasheill/photo/7352681409393331499

46

# Infringing Content Re-posted After Removal

Defendants posted a photo that infringes upon Plaintiffs' "CoffeeTables.2023.06.14" work protected by VA 0002380575 *after* substantially similar original content was removed pursuant to a copyright infringement report. The photo was posted by Defendants on TikTok on 3/30/2024. The original photo post was posted 11/25/2023 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

Screenshot:



URL:
https://www.tiktok.com/@alyssashell/photo/7352217465255906602

# Infringing Content Re-posted After Removal

Defendants posted a photo that infringes upon Plaintiffs' "AestheticBestsellers.2023.10.30" work protected by VA 0002380575 *after* substantially similar original content was removed pursuant to a copyright infringement report. The photo was posted by Defendants on TikTok on 3/22/2024. The original photo post was posted 11/24/2023 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

Defendants' Post:



Plaintiffs' Photo:



# Infringing Content Re-posted After Removal

Defendants posted a photo that infringes upon Plaintiffs' "TeddyBench.2022.11.07" work protected by PA-462-377 and two works protected by VA 0002380575 *after* substantially similar video content was removed pursuant to a copyright infringement report. The photo was posted by Defendants on TikTok on 4/17/2024. The original video post was posted 11/14/2023 and removed by on or around 2/5/2024 pursuant to copyright infringement notice.

Defendants' Post:



Plaintiffs' Video:



URL:
https://www.tiktok.com/@alyssasheill/photo/7358891500744297770

49

Defendants' posts before infringement of Plaintiffs:











# Misappropriation

## Defendants





Alyssa dyed her hair from black to brown on 12/2/2023 and posted the same on social media platforms

## Plaintiffs





Sydney dyed her hair from black to brown on 9/27/2023 and posted the same on social media platforms

# Misappropriation

## Defendants





Alyssa posted a video showing a new flower tattoo she obtained on 2/9/2024.

## Plaintiffs





Sydney posted a photo showing her flower tattoo for the first time in over six months on 1/29/2024.

# Website

**Defendants' TikTok website starting 12/15/2023**

**Defendaants' Instagram website starting 12/15/2023**

**Defendants' Tiktok and Instagram website until 12/15/2023**



**Plaintiffs' Instagram website since 5/27/2022**

**Plaintiffs' TikTok website since 5/27/2022**







# Website

Below is a sample of 12 random influencer's websites. Text, profile picture, font, background, and color scheme are all completely customizable.

Plaintiffs:    Defendants:



Samples:





# Amazon Storefront

Every element on an Amazon Storefront is customizable. In the photos of Sydney's and Alyssa's storefronts taken on November 25, 2023, Defendants' Storefront includes (1) a duplicated banner, (2) profile picture (3) idea lists, and (4) posted photos.





Defendants'
Amazon Storefront
on November 25,
2023





Plaintiffs' Amazon
Storefront on
November 25, 2023

# Amazon Storefront - Banner & Style

Sample of 12 random influencer's Amazon Storefront Banners. Banners can be any photo and are customizable as photos or designs with text:











# Amazon Storefront - Banner & Style

Plaintiffs:

Defendants:



# Amazon Storefront - Banner & Style

Sydney changed her profile picture on 02/11/2024




**Sydney Nicole**
Earns Commissions

'photos' tab to shop my pics & for sizing info xo

Previous:



Alyssa changed profile picture on 02/13/2024




**Alyssa Sheil**
Earns Commissions

your amazon bff! all of the photos below are shoppable!

Previous:





# Amazon Storefront - Idea Lists



Defendants' Amazon Storefront
Idea List on November 28,
2023

Plaintiffs' Amazon Storefront
Idea
List on November 28, 2023

# Amazon Storefront - Idea Lists

Plaintiffs' Amazon Storefront
Idea
List on November 28, 2023

Defendants' Amazon Storefront
Idea
List on November 28, 2023



# Amazon Merch on Demand

## Plaintiffs:

## Defendants:







Posted 9/20/2023

Posted 10/26/2023

62

# Defendants' Pattern of Copying

## Defendants:

@alyssasheill



URL:
https://www.instagram.com/reel/COo6dXpAU_D/

Posted 12/9/2023

## Plaintiffs:

@sydneynicolegiff



URL:
https://www.instagram.com/reel/C0ZXb0xudCD/

Posted 12/3/2023

63

# Defendants' Pattern of Copying

## Defendants:

URLs:

https://www.instagram.com/reel/C0LBIdVtbUx/

https://www.tiktok.com/@alyssasheil/video/7306327446013859118

Posted 11/27/2023





last minutes deal im lovin...

## Plaintiffs:

URL:
https://www.instagram.com/reel/C0Klqic0FRF/
Posted 11/27/2023
Reg. No. VA 2380575
"CargoSweats.2023.11.23",
"BlackOutfit.2023.12.07",
"BlackJacket.2023.11.23",
"WhiteLongSleeve.2023.11.23"



# Defendants' Pattern of Copying

## Defendants:



@alyssasheill

URLs:
https://www.instagram.com/reel/Cz2iJgHtjdJ/

https://www.tiktok.com/@alyssasheill/video/7303359241178434859
Posted 11/19/2023

## Plaintiffs:





@sydneynicolegiff

URL:
https://www.instagram.com/reel/CxBMeAPukK1/
Posted 9/10/2023

65

# Defendants' Pattern of Copying

## Defendants:

@alyssasheill

URLs:
https://www.instagram.com/reel/Cw5U__rrcKJ/

https://www.tiktok.com/@alyssasheill/video/7275360074351119659
Posted 9/7/2023




## Plaintiffs:

@sydneynicolegiff

URL:
https://www.instagram.com/reel/Cwlv5SpAQFu/
Posted: 8/30/2023



# Defendants' Pattern of Copying

## Defendants:

@alyssasashell



URL:
https://www.instagram.com/reel/Cuaz89wN9XW/
Posted 7/7/2023

## Plaintiffs:

@sydneynicolegiff



URL:
https://www.instagram.com/reel/CuAu6F-qxBb/
Posted: 6/27/2023

# Defendants' Pattern of Copying

## Defendants:

@alyssasheill



URL:
https://www.instagram.com/reel/CuPdHxJAoEL/

Posted 7/3/2023

## Plaintiffs:

@sydneynicolegiff



URL:
https://www.instagram.com/reel/CrtZq_TAk-7/

Posted: 5/1/2023

# Defendants' Pattern of Copying

## Defendants:



## Plaintiffs:



URL:
https://www.tiktok.com/@alyssasheil/video/72109338491471 6
5994
Posted 3/15/2023

URL:
https://www.tiktok.com/@sydneynicolegiff/video/7208612 03030 1981994
Posted 3/9/2023

# Defendants' Pattern of Copying

## Defendants:



## Plaintiffs:



URL:
https://www.tiktok.com/@alyssasheill/video/720043393454553
8347
Posted 2/15/2023

URL:
https://www.tiktok.com/@sydneynicolegiff/video/7185262
079241129258
Posted 1/5/2023