**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD,** | § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO.:** |
| v. | § | **1:24-cv-423** |
| **ALYSSA SHEIL LLC AND ALYSSA SHEIL,** | § § § | |
| *Defendants.* | § § § | **JURY** |

# EXHIBIT B TO COMPLAINT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| **SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD,** | § § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO.:** |
| v. | § | **1:24-cv-423** |
| **ALYSSA SHEIL LLC AND ALYSSA SHEIL,** | § § § | |
| *Defendants.* | § § § | **JURY** |

**PLAINTIFF SYDNEY NICOLE GIFFORD'S DECLARATION IN SUPPORT OF COMPLAINT**

I, Sydney Nicole Gifford, declare the following under penalty of perjury:

1. I am over 18 years of age and am competent to make this declaration. All statements are based on my personal knowledge.

2. Attached hereto at Tab 1 is a true and correct copy of United States Copyright Registration No. VA 2-380-575 having an effective registration date of January 25, 2024 for 140 published photographs.

3. True and correct copies of each of the 140 photo works that were uploaded as part of Registration No. VA 2-380-575 are located at: https://www.dropbox.com/scl/fo/hg0z3laek50q2iyzocg2d/ALX3qdoLvlkvfXUzhvoLq3A?rlkey=msugu46x88pirrnfk7ot3wydl&dl=0.

4. Attached hereto at Tab 2 are true and correct copies of United States Copyright Registration Nos.:

   a. PAu 4-211-810 having an effective registration date of January 11, 2024 for an entire motion picture titled "One Home Find You Need From Amazon";

   b. PA 2-462-341 having an effective registration date of January 25, 2024 for a video titled "AcrylicPanner.2023.04.17";

   c. Reg. No. PA 2-462-344 having an effective registration date of January 25, 2024 for a video titled "BagsHaul.2023.12.18";

   d. Reg. No. PA 2-462-346 having an effective registration date of January 25, 2024 for a video titled "CheckeredSet.2023.03.03";

   e. Reg. No. PA 2-462-351 having an effective registration date of January 25, 2024 for a video titled "BowTray.2023.01.15";

   f. Reg. No. PA 2-462-357 having an effective registration date of January 25, 2024 for a video titled "Loungewear.2023.10.11";

g.  Reg. No. PA 2-462-360 having an effective registration date of January 25, 2024 for a video titled "MakeupBag.2023.03.18";

h.  Reg. No. PA 2-462-362 having an effective registration date of January 25, 2024 for a video titled "PhoneCases.2023.10.22";

i.  Reg. No. PA 2-462-364 having an effective registration date of January 25, 2024 for a video titled "OliveTree.2023.06.01";

j.  Reg. No. PA 2-462-366 having an effective registration date of January 25, 2024 for a video titled "GiftsUnder50.2023.12.05";

k.  Reg. No. PA 2-462-374 having an effective registration date of January 25, 2024 for a video titled "ClosetReset.2023.01.02";

l.  Reg. No. PA 2-462-375 having an effective registration date of January 25, 2024 for a video titled "TheTox.2023.10.19";

m.  Reg. No. PA 2-462-377 having an effective registration date of January 25, 2024 for a video titled "TeddyBench.2022.11.07";

n.  Reg. No. PA 2-462-378 having an effective registration date of January 25, 2024 for a video titled "GiftsforHim.2023.11.10";

o.  Reg. No. PA 2-462-380 having an effective registration date of January 25, 2024 for a video titled "DreamPairs.2023.12.01";

p.  Reg. No. PA 2-462-382 having an effective registration date of January 25, 2024 for a video titled "FashionHaul.2023.01.18";

q.  Reg. No. PA 2-462-383 having an effective registration date of January 25, 2024 for a video titled "LampSetUp.2023.01.28"; and

r.  Reg. No. PA 2-462-385 having an effective registration date of January 25, 2024 for a video titled "FlowerTop.2023.05.20".

5.  True and correct copies of each of the video works that were uploaded as part of each of the above-referenced videos are found at https://www.dropbox.com/scl/fo/8n0r1xbte1opz1e2tt0sv/AFfSkeY_aVH3qmT6Ll67pGU?rlkey=m0ailm0zprl3dxptsaahpzlpp&dl=0.

6.  I have never given permission, authority, right, or license to any of the Defendants to use, distribute, publish, copy, or otherwise commercialize any of my copyrighted works referenced herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April  21, 2024 in Austin, Travis County, Texas.

_____
Sydney Nicole Gifford

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD,** | § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO.:** |
| v. | § | **1:24-cv-423** |
| **ALYSSA SHEIL LLC AND ALYSSA SHEIL,** | § § | |
| *Defendants.* | § § | **JURY** |
| | § § | |

## PLAINTIFF SYDNEY NICOLE GIFFORD'S DECLARATION IN SUPPORT OF COMPLAINT

# TAB 1

Copyright Registration No. VA 2-380-575

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-380-575

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
January 26, 2024

---

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 03, 2023 to December 28, 2023

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Sydney Nicole 2023 Home And Apparel Photographs |
| **Number of Photographs in Group:** | 140 |

- **Individual Photographs:**
100KCake.2023.03.12,
100KCakeBite.2023.03.12,
Accessories.2023.01.19,
ActiveOutfit.2023.01.03,
ActivewearSelfie.2023.01.30,
AestheticBestsellers.2023.10.30,
BabyTees.2023.01.19,
BagandDecor.2023.12.18,
BagSelfie.2023.10.26,
BasicsDeals.2023.11.23,
BedBench.2023.12.12,
Bedroom.2023.11.21,
BedroomMirror.2023.08.14,
BedTable.2023.08.14,
BestHomePurchases.2023.12.12,
BestWardrobeBasics.2023.12.16,
BlackClutch.2023.12.18,
BlackDishes.2023.6.17,
BlackJacket.2023.11.23,
BlackJeans.2023.01.19,
BlackOutfit.2023.09.27,
BlackOutfit.2023.12.07,
BlackRomper2023.07.26,
BlackSet.2023.12.06,
BlackSlouch.2023.12.18,
BlackSweater.2023.01.19,
BlackTote.2023.12.18,
BowEarringsLayout.2023.12.19,
BowEarringsOn.2023.10.19,
BowNails.2023.12.16,
BrownBodysuit.2023.12.16,
BrownSet.2023.09.07,
CargoPants.2023.09.16,

CargoSweats.2023.11.23,
CarOutfit.2023.10.27,
CarSitting.2023.10.27,
ChristmasEntryway.2023.11.07,
CircleTables.2023.01.24,
ClearShowerBottles.2023.06.05,
ClosetBasics.2023.12.16,
ClosetLights.2023.11.23,
ClosetVanity.2023.12.12,
ClubPhotoshoot.2023.10.23,
ClubSweatshirt.2023.10.23,
CoatsLayout.2023.10.11,
CoffeeTables.2023.06.14,
CoffeeTumbler.2023.12.12,
CreamPots.2023.11.21,
CrewneckSet.2023.11.23,
DetachablePans.2023.10.10,
DressLayout.2023.12.16,
DressOutfit.2023.01.03,
EntryBenches.2023.08.14,
EntryWay.2023.06.12,
EntryWay.2023.08.14,
FallOrder.2023.09.30,
FridgePlanner.2023.11.21,
FurCoat.2023.01.19,
FuzzyCoat.2023.01.19,
GlassTumbler.2023.11.23,
GreyCrewneck.2023.12.28,
GreyDress.2023.11.17,
GreyHoodie.2023.12.28,
GreySet.2023.01.19,
GreySet.2023.11.17,
GreyShortsSet.2023.10.10,
GuestBathroom.2023.06.05,
HoldingBag.2023.12.16,
HoodieSet.2023.11.23,
HoodiesLayout.2023.10.10,
HoodiesLayout.2023.10.17,
IcedCoffee.2023.05.19,
JeansOutfit.2023.01.03,
JeansOutfit.2023.09.09,
KitchenUtensils.2023.11.21,
KnitSet.2023.04.26,
KnitSet.2023.11.17,
KnitSetsLayout.2023.10.17,
LeatherOutfit.2023.01.03,
LevisJeans.2023.12.16,
LinenOrganization.2023.09.05,
LivingRoom.2023.01.24,

**Published:** January 2023

- **Individual Photographs:** LivingRoom.2023.08.14,
LivingRoomOverview.2023.06.17,
MakeupMirror.2023.10.30,
MeshDress.2023.03.11,
MirrorSelfie.2023.11.25,
OfficeChair.2023.10.30,
OfficeChair.2023.12.20,



OfficeCloseUp.2023.10.10,
OfficeComputer.2023.12.20,
OfficeCouch.2023.12.12,
OfficeDesk.2023.09.19,
OfficeMirror.2023.07.05,
OfficeOverview.2023.01.24,
OfficeTables.2023.12.20,
OfficeTeddyChair.2023.11.23,
OfficeTumbler.2023.12.20,
OliveTree.2023.06.01,
PradaGlasses.2023.12.16,
PradaSunglasses.2023.09.18,
PrimeDayOrder.2023.10.17,
PrimeOrder.2023.10.17,
ProfilePicture.2023.10.30,
PufferCoat.2023.11.17,
PufferOutfit.2023.01.03,
RibbedGlass.2023.01.24,
Rompers.2023.07.26,
RompersLayout.2023.10.17,
ScarfOutfit.2023.01.03,
ShowerBottles.2023.07.05,
ShowerBottlesRow.2023.06.17,
SilverBoots.2023.12.18,
SkirtOutfit1.2023.03.01,
SkirtOutfit2.2023.03.01,
StackingPans.2023.11.23,
StandingDesk.2023.07.24,
Sweater2Ways.2023.12.30,
SweaterOutfit.2023.01.03,
SweatsLayout.2023.12.16,
TankDress.2023.05.4,
TanSweatshirt.2023.10.11,
TeddyChair.2023.10.10,
TeddyCoat.2023.01.19,
TeddyCoat.2023.11.17,
TeddyJacket2023.11.23,
WaveMirror.2023.05.04,
WaveMirror.2023.11.21,
WhiteBag.2023.12.16,
WhiteBodysuitFullOutfit.2023.01.24,
WhiteBodysuitOutfit.2023.01.24,
WhiteBodysuitSelfie.2023.01.24,
WhiteLongSleeve.2023.11.23,
WhiteSweats.2023.01.16,
WhiteTeddyJacket.2023.11.23,
WhiteTee.2023.12.16,
WhiteTote.2023.12.18,
WinterHaul.2023.01.19,
WritingPlanner.2023.10.10,
XOPillows.2023.01.24

**Published:** January 2023

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** January 03, 2023

**Latest Publication Date in Group:**   December 28, 2023
**Nation of First Publication:**   United States

## Author

- **Author:** Sydney Nicole Gifford
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:**   Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN001COP

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



Basis for Registration: Registration extends only to photographs that are
uploaded and appear within the photograph title list.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **SYDNEY NICOLE LLC**<br>**AND SYDNEY NICOLE**<br>**GIFFORD,** | § <br> § <br> § <br> § | |
| *Plaintiffs,* | § <br> § | **CIVIL ACTION NO.:** <br><br> **1:24-cv-423** |
| v. | § <br> § | |
| **ALYSSA SHEIL LLC AND**<br>**ALYSSA SHEIL,** | § <br> § <br> § | **JURY** |
| *Defendants.* | § <br> § <br> § | |

## PLAINTIFF SYDNEY NICOLE GIFFORD'S DECLARATION IN SUPPORT OF COMPLAINT

# TAB 2

Video Copyright Registrations

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PAu 4-211-810

**Effective Date of Registration:**
January 11, 2024
**Registration Decision Date:**
February 13, 2024

---

## Title

**Title of Work:** One Home Find You Need From Amazon

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 2000

## Copyright Claimant

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bnd, Leander, TX, 78641, United States

## Certification

**Name:** Sydney Gifford
**Date:** January 11, 2024

---

Page 1 of 1

Scanned with CamScanner


# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-462-382**

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title
_____

**Title of Work:** FashionHaul.2023.01.18

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** January 18, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
_____

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

Page 1 of 2

## Certification

| | |
|---|---|
| **Name:** | Kirsten Kumar |
| **Date:** | January 25, 2024 |
| **Applicant's Tracking Number:** | SYDN008COP |

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-462-380

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title

Title of Work: DreamPairs.2023.12.01

## Completion/Publication

Year of Completion: 2023
Date of 1st Publication: December 01, 2023
Nation of 1st Publication: United States

## Author

- Author: Sydney Nicole Gifford
  Author Created: entire motion picture, production, direction, script/screenplay, cinematography, editing
  Work made for hire: No
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

Organization Name: The Kumar Law Firm PLLC
Name: Kirsten Kumar
Email: kirsten@thekumarlawfirm.com
Telephone: (512)960-3808
Address: 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN007COP

**Copyright Office notes:** Regarding authorship information: Deposit contains no dialogue.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-462-374

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | ClosetReset.2023.01.02 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 02, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Sydney Nicole Gifford |
| **Author Created:** | entire motion picture, production, direction, script/screenplay, cinematography, editing |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sydney Nicole Gifford |
| | 1140 Bluewood Bend, Leander, TX, 78641, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | The Kumar Law Firm PLLC |
| **Name:** | Kirsten Kumar |
| **Email:** | kirsten@thekumarlawfirm.com |
| **Telephone:** | (512)960-3808 |
| **Address:** | 2110 Ranch Road 620 S |
| | P.O. Box 341060 |
| | Lakeway, TX 78734 United States |

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN006COP

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-462-346

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title

| | |
|---|---|
| Title of Work: | CheckeredSet.2023.03.03 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | March 03, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Sydney Nicole Gifford |
| Author Created: | entire motion picture, production, direction, script/screenplay, cinematography, editing |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sydney Nicole Gifford |
| | 1140 Bluewood Bend, Leander, TX, 78641, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | The Kumar Law Firm PLLC |
| Name: | Kirsten Kumar |
| Email: | kirsten@thekumarlawfirm.com |
| Telephone: | (512)960-3808 |
| Address: | 2110 Ranch Road 620 S |
| | P.O. Box 341060 |
| | Lakeway, TX 78734 United States |

## Certification

|                              |                   |
|------------------------------|-------------------|
| **Name:**                    | Kirsten Kumar     |
| **Date:**                    | January 25, 2024  |
| **Applicant's Tracking Number:** | SYDN005COP    |

**Copyright Office notes:**   Regarding authorship information: Deposit contains no dialogue.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## PA 2-462-351

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

---

## Title
_____

**Title of Work:** BowTray.2023.01.15

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** January 15, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Sydney Nicole Gifford
**Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing

**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
_____

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN004COP

**Copyright Office notes:** Regarding authorship information: Deposit contains no dialogue.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-462-344**

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title
_____

Title of Work: BagsHaul.2023.12.18

## Completion/Publication
_____

Year of Completion: 2023
Date of 1st Publication: December 18, 2023
Nation of 1st Publication: United States

## Author
_____

- Author: Sydney Nicole Gifford
  Author Created: entire motion picture, production, direction, script/screenplay, cinematography, editing
  Work made for hire: No
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
_____

Organization Name: The Kumar Law Firm PLLC
Name: Kirsten Kumar
Email: kirsten@thekumarlawfirm.com
Telephone: (512)960-3808
Address: 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN003COP

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-462-378

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title
Title of Work:    GiftsforHim.2023.11.10

## Completion/Publication
Year of Completion:    2023
Date of 1st Publication:    November 10, 2023
Nation of 1st Publication:    United States

## Author
•   Author:    Sydney Nicole Gifford
Author Created:    entire motion picture, production, direction, script/screenplay, cinematography, editing
Work made for hire:    No
Citizen of:    United States

## Copyright Claimant
Copyright Claimant:    Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
Organization Name:    The Kumar Law Firm PLLC
Name:    Kirsten Kumar
Email:    kirsten@thekumarlawfirm.com
Telephone:    (512)960-3808
Address:    2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

Page 1 of 2

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN010COP

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-462-385

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

---

## Title
 

**Title of Work:** FlowerTop.2023.05.20

## Completion/Publication
 

**Year of Completion:** 2023
**Date of 1st Publication:** May 20, 2023
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
 

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

|                                  |                  |
|----------------------------------|------------------|
| **Name:**                        | Kirsten Kumar    |
| **Date:**                        | January 25, 2024 |
| **Applicant's Tracking Number:** | SYDN009COP       |

**Copyright Office notes:**   Regarding authorship information: Deposit contains no dialogue.

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-462-341

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

---

## Title
_____

**Title of Work:** AcrylicPanner.2023.04.17

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** April 17, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing

  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
_____

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

|  |  |
|---|---|
| **Name:** | Kirsten Kumar |
| **Date:** | January 25, 2024 |
| **Applicant's Tracking Number:** | SYDN002COP |

**Copyright Office notes:**   Regarding authorship information: Deposit contains no dialogue.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-462-375

**Effective Date of Registration:**
January 25, 2024

**Registration Decision Date:**
March 28, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | TheTox.2023.10.19 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | October 19, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sydney Nicole Gifford |
| **Author Created:** | entire motion picture, production, direction, script/screenplay, cinematography, editing |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sydney Nicole Gifford |
| | 1140 Bluewood Bend, Leander, TX, 78641, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | The Kumar Law Firm PLLC |
| **Name:** | Kirsten Kumar |
| **Email:** | kirsten@thekumarlawfirm.com |
| **Telephone:** | (512)960-3808 |
| **Address:** | 2110 Ranch Road 620 S |
| | P.O. Box 341060 |
| | Lakeway, TX 78734 United States |

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN018COP

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-462-366

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title
_____

Title of Work: GiftsUnder50.2023.12.05

## Completion/Publication
_____

Year of Completion: 2023
Date of 1st Publication: December 05, 2023
Nation of 1st Publication: United States

## Author
_____

- Author: Sydney Nicole Gifford
  Author Created: entire motion picture, production, direction, script/screenplay, cinematography, editing

Work made for hire: No
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions
_____

Organization Name: The Kumar Law Firm PLLC
Name: Kirsten Kumar
Email: kirsten@thekumarlawfirm.com
Telephone: (512)960-3808
Address: 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

Page 1 of 2

## Certification

| | |
|---:|---|
| **Name:** | Kirsten Kumar |
| **Date**: | January 25, 2024 |
| **Applicant's Tracking Number**: | SYDN011COP |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number
## PA 2-462-383

Effective Date of Registration:
January 25, 2024
Registration Decision Date:
March 28, 2024

---

## Title

**Title of Work:**  LampSetUp.2023.01.28

## Completion/Publication

**Year of Completion:**  2023
**Date of 1st Publication:**  January 28, 2023
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Sydney Nicole Gifford
  **Author Created:**  entire motion picture, production, direction, script/screenplay, cinematography, editing
  **Work made for hire:**  No
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

**Organization Name:**  The Kumar Law Firm PLLC
**Name:**  Kirsten Kumar
**Email:**  kirsten@thekumarlawfirm.com
**Telephone:**  (512)960-3808
**Address:**  2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

| | |
|---|---|
| **Name:** | Kirsten Kumar |
| **Date:** | January 25, 2024 |
| **Applicant's Tracking Number:** | SYDN012COP |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-462-377**

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

---

## Title

**Title of Work:** TeddyBench.2022.11.07

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 07, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN017COP

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-462-357

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

---

## Title

**Title of Work:** Loungewear.2023.10.11

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 11, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing

**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN013COP

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-462-360

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title

| | |
|---|---|
| Title of Work: | MakeupBag.2023.03.18 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | March 18, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Sydney Nicole Gifford |
| Author Created: | entire motion picture, production, direction, script/screenplay, cinematography, editing |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | The Kumar Law Firm PLLC |
| Name: | Kirsten Kumar |
| Email: | kirsten@thekumarlawfirm.com |
| Telephone: | (512)960-3808 |
| Address: | 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States |

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN014COP

**Copyright Office notes:** Regarding authorship information: Deposit contains no dialogue.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## PA 2-462-364

Effective Date of Registration:
January 25, 2024
Registration Decision Date:
March 28, 2024

---

## Title

        **Title of Work:**  OliveTree.2023.06.01

## Completion/Publication

        **Year of Completion:**  2023
        **Date of 1st Publication:**  June 01, 2023
        **Nation of 1st Publication:**  United States

## Author

        • **Author:**  Sydney Nicole Gifford
        **Author Created:**  entire motion picture, production, direction, script/screenplay, cinematography, editing
        **Work made for hire:**  No
        **Citizen of:**  United States

## Copyright Claimant

        **Copyright Claimant:**  Sydney Nicole Gifford
        1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

        **Organization Name:**  The Kumar Law Firm PLLC
        **Name:**  Kirsten Kumar
        **Email:**  kirsten@thekumarlawfirm.com
        **Telephone:**  (512)960-3808
        **Address:**  2110 Ranch Road 620 S
        P.O. Box 341060
        Lakeway, TX 78734 United States

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN015COP

**Copyright Office notes:** Regarding authorship information: Deposit contains no dialogue.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-462-362

**Effective Date of Registration:**
January 25, 2024
**Registration Decision Date:**
March 28, 2024

## Title

**Title of Work:** PhoneCases.2023.10.22

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 22, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Sydney Nicole Gifford
  **Author Created:** entire motion picture, production, direction, script/screenplay, cinematography, editing
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sydney Nicole Gifford
1140 Bluewood Bend, Leander, TX, 78641, United States

## Rights and Permissions

**Organization Name:** The Kumar Law Firm PLLC
**Name:** Kirsten Kumar
**Email:** kirsten@thekumarlawfirm.com
**Telephone:** (512)960-3808
**Address:** 2110 Ranch Road 620 S
P.O. Box 341060
Lakeway, TX 78734 United States

## Certification

**Name:** Kirsten Kumar
**Date:** January 25, 2024
**Applicant's Tracking Number:** SYDN016COP

**Copyright Office notes:** Regarding authorship information: Deposit contains no dialogue.