AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Western District of Texas |
|---|---|
| DOCKET NO.<br>1:24-cv-423 | DATE FILED<br>4/22/2024 | Austin Division<br>501 W 5th St., Ste. 1100, Austin TX 78701 |

| PLAINTIFF<br><br>Sydney Nicole Gifford<br>and<br>Sydney Nicole LLC | DEFENDANT<br><br>Alyssa Sheil<br>and<br>Alyssa Sheil LLC |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Please see attached table of copyright registrations. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Form AO 121
Attachment

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| VA 2-380-575 | Sydney Nicole 2023 Home and Apparel Photographs | Sydney Nicole Gifford |
| PAu 4-211-810 | One Home Find You Need From Amazon | Sydney Nicole Gifford |
| PA 2-462-341 | AcrylicPanner.2023.04.17 | Sydney Nicole Gifford |
| PA 2-462-34 | BagsHaul.2023.12.18 | Sydney Nicole Gifford |
| PA 2-462-346 | CheckeredSet.2023.03.03 | Sydney Nicole Gifford |
| PA 2-462-351 | BowTray.2023.01.15 | Sydney Nicole Gifford |
| PA 2-462-357 | Loungewear.2023.10.11 | Sydney Nicole Gifford |
| PA 2-462-360 | MakeupBag.2023.03.18 | Sydney Nicole Gifford |
| PA 2-462-362 | PhoneCases.2023.10.22 | Sydney Nicole Gifford |
| PA 2-462-364 | OliveTree.2023.06.01 | Sydney Nicole Gifford |
| PA 2-462-366 | GiftsUnder50.2023.12.05 | Sydney Nicole Gifford |
| PA 2-462-374 | ClosetReset.2023.01.02 | Sydney Nicole Gifford |
| PA 2-462-375 | TheTox.2023.10.19 | Sydney Nicole Gifford |
| PA 2-462-377 | TeddyBench.2022.11.07 | Sydney Nicole Gifford |
| PA 2-462-378 | GiftsforHim.2023.11.10 | Sydney Nicole Gifford |
| PA 2-462-380 | DreamPairs.2023.12.01 | Sydney Nicole Gifford |
| PA 2-462-382 | FashionHaul.2023.01.18 | Sydney Nicole Gifford |
| PA 2-462-383 | LampSetUp.2023.01.28 | Sydney Nicole Gifford |
| PA 2-462-385 | FlowerTop.2023.05.20 | Sydney Nicole Gifford |