# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Texas

Case Number: 1:24-CV-00423-RP

Plaintiff:
**Sydney Nicole LLC and Sydney Nicole Gifford**

vs.

Defendant:
**Alyssa Sheil LLC and Alyssa Sheil**

For:
The Kumar Law Firm PLLC
2110 Ranch Road 620 S
#341060
Lakeway, TX 78734

Received by Emmanuel F. Morales on the 29th day of April, 2024 at 10:16 am to be served on **Alyssa Sheil LLC by serving its Registered Agent, Alyssa Sheil, 1001 Bethpage Dr, Hutto, Travis County, TX 78634.**

I, Emmanuel F. Morales, being duly sworn, depose and say that on the **1st day of May, 2024 at 9:10 am, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT,** by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Original Complaint with Exhibits, and Civil Cover Sheet** with the date of service endorsed thereon by me, to: **Alyssa Sheil** as **Registered Agent** for **Alyssa Sheil LLC** at the address of: **1001 Bethpage Dr, Hutto, Travis County, TX 78634.**

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. The facts stated in this affidavit are within my personal knowledge and are true and correct. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

Subscribed and Sworn to before me on the 1st day of May, 2024 by the affiant who is personally known to me

NOTARY PUBLIC

KATHERINE A. MITCHELL
My Notary ID # 131755992
Expires October 10, 2026

Emmanuel F. Morales
PSC-10708, Exp, 12/31/2025

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2024003749
Ref: Nicole v. Sheil