

**THE KUMAR LAW FIRM PLLC**

**Sanjeev Kumar** – lic. **TX, USPTO**
**Kirsten Kumar** – lic. **TX, NY**

May 8, 2024

**VIA ELECTRONIC FILING**
U.S. District Clerk's Office
Western District — Austin Division
501 West 5th Street, Suite 1100
Austin, Texas 78701

Re:   Civil Action No. 1:24-CV-00423RP; Sydney Nicole Gifford et al. v. Alyssa Sheil et al.; in the U.S. District Court for the Western District of Texas, Austin Division

## VACATION NOTICE

This notice is to advise the Court and parties that I will be out of the office for vacation on the following dates: May 20 – 24, 2024 and July 25 – August 9, 2024.

Please do not set any hearings or other matters requiring an appearance on those dates. Thank you for your consideration.

Sincerely,

/s/ Kirsten Kumar
Kirsten Kumar
The Kumar Law Firm PLLC
Phone: 512-960-3808
kkumar@thekumarlawfirm.com
**Counsel for Plaintiffs**

Cc:   *All counsel of record in the electronic filing system for this case (via electronic notice by e-filing)*