# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, § § § § *Plaintiffs,* § § v. § § ALYSSA SHEIL LLC AND ALYSSA SHEIL, § § § *Defendants.* § | Case No.: 1:24-cv-00423<br><br>Jury Trial Demanded |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated by and between the plaintiffs Sydney Nicole LLC And Sydney Nicole Gifford—by and through its counsel of record, The Kumar Law Firm PLLC—and defendants Alyssa Sheil LLC and Alyssa Sheil—by and through its counsel of record, Ahmad, Zavitsanos and Mensing, PLLC—that Alyssa Sheil LLC and Alyssa Sheil shall have until June 21, 2024, to answer, move, or otherwise plead in response to Plaintiffs' Original Complaint.

Alyssa Sheil LLC and Alyssa Sheil reserves all objections to jurisdiction, venue, and service, as well as all other defenses.

| | |
|---|---|
| Dated: May 17, 2024 | Respectfully submitted, |
| */s/ Kirsten Kumar (with permission)* | */s/ Shahmeer Halepota* |
| Kirsten Kumar | Jason S. McManis |
| Texas Bar I.D.: 24126104 | State Bar No.: 24088032 |
| kkumar@thekumarlawfirm.com | Shahmeer Halepota |
| **The Kumar Law Firm PLLC** | State Bar No.: 24109968 |
| 2110 Ranch Road 620 S, #341060 | Sujeeth Rajavolu |
| Lakeway, TX 78734 | State Bar No.: 24127961 |
| Phone: (512) 960-3808 | Thomas Frashier |
| | State Bar No.: 24126185 |
| *Attorneys for Plaintiffs* | **AHMAD, ZAVITSANOS & MENSING, PLLC** |
| | 1221 McKinney Street, Suite 2500 |
| | Houston, Texas 77010 |
| | (713) 655-1101 |
| | jmcmanis@azalaw.com |
| | shalepota@azalaw.com |
| | srajavolu@azalaw.com |
| | tfrashier@azalaw.com |
| | |
| | *Attorneys for the Defendants* |
| | **ALYSSA SHEIL LLC AND** |
| | **ALYSSA SHEIL** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on May 17, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Shahmeer Halepota*
Shahmeer Halepota

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the Parties conferred via telephone on May 16, 2024. All parties agree to the extension requested herein.

*/s/ Shahmeer Halepota*
Shahmeer Halepota