# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALYSSA SHEIL LLC AND ALYSSA SHEIL, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No.: 1:24-cv-00423 <br><br> Jury Trial Demanded |

## ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Court, having read and considered the Stipulation to Extend Time for Defendants Alyssa Sheil LLC and Alyssa Sheil to Respond to the Original Complaint by and between Plaintiffs Sydney Nicole LLC and Sydney Nicole Gifford and Defendants Alyssa Sheil LLC and Alyssa Sheil, and good cause appearing therefore, hereby GRANTS the Stipulation and orders as follows:

The date for defendants Alyssa Sheil LLC and Alyssa Sheil to respond to the Plaintiffs' Original Complaint is extended to **June 21, 2024**.

SIGNED this _____ day of _____, 2024.

_____
United States District Court Judge