# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § | |
| *Plaintiffs,* | § § | Case No.: 1:24-cv-00423 |
| v. | § § | Jury Trial Demanded |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | § § § § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Defendants, Alyssa Sheil LLC and Alyssa Sheil: Jason McManis, State Bar No. 24088032, of Ahmad, Zavitsanos, and Mensing PLLC., (713) 655-1101, (713) 665-0062 (Facsimile), and jmcmanis@azalaw.com. Mr. McManis is currently admitted to practice in the Western District of Texas.

Dated: May 17, 2024

Respectfully submitted,

*/s/ Jason McManis*
Jason S. McManis
State Bar No.: 24088032
Shahmeer Halepota
State Bar No.: 24109968
Sujeeth Rajavolu
State Bar No.: 24127961
Thomas Frashier
State Bar No.: 24126185
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
shalepota@azalaw.com
srajavolu@azalaw.com
tfrashier@azalaw.com

*Attorneys for the Defendants*
**ALYSSA SHEIL LLC AND
ALYSSA SHEIL**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on May 17, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                             */s/ Jason McManis*
                                             Jason McManis