# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § | |
| *Plaintiffs,* | § § | Case No.: 1:24-cv-00423 |
| v. | § § | |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | § § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

## DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Defendants, Alyssa Sheil LLC and Alyssa Sheil: Sujeeth Rajavolu, State Bar No. 24127961, of Ahmad, Zavitsanos, and Mensing PLLC., (713) 655-1101, (713) 665-0062 (Facsimile), and srajavolu@azalaw.com. Mr. Rajavolu is currently admitted to practice in the Western District of Texas.

Dated: May 17, 2024				Respectfully submitted,

				*/s/ Sujeeth Rajavolu*
				Jason S. McManis
				State Bar No.: 24088032
				Shahmeer Halepota
				State Bar No.: 24109968
				Sujeeth Rajavolu
				State Bar No.: 24127961
				Thomas Frashier
				State Bar No.: 24126185
				**AHMAD, ZAVITSANOS & MENSING, PLLC**
				1221 McKinney Street, Suite 2500
				Houston, Texas 77010
				(713) 655-1101
				jmcmanis@azalaw.com
				shalepota@azalaw.com
				srajavolu@azalaw.com
				tfrashier@azalaw.com

				***Attorneys for the Defendants***
				**ALYSSA SHEIL LLC AND**
				**ALYSSA SHEIL**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on May 17, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                */s/ Sujeeth Rajavolu*
                Sujeeth Rajavolu