# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § | |
| *Plaintiffs,* | § § | Case No.: 1:24-cv-00423 |
| v. | § § | |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | § § § § | Jury Trial Demanded |
| *Defendants.* | § § | |

## DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Defendants, Alyssa Sheil LLC and Alyssa Sheil: Thomas Frashier, State Bar No. 24126185, of Ahmad, Zavitsanos, and Mensing PLLC., (713) 655-1101, (713) 665-0062 (Facsimile), and tfrashier@azalaw.com. Mr. Frashier is currently admitted to practice in the Western District of Texas.

|  |  |
|---|---|
| Dated: May 17, 2024 | Respectfully submitted, |
|  | */s/ Thomas Frashier* |
|  | Jason S. McManis |
|  | State Bar No.: 24088032 |
|  | Shahmeer Halepota |
|  | State Bar No.: 24109968 |
|  | Sujeeth Rajavolu |
|  | State Bar No.: 24127961 |
|  | Thomas Frashier |
|  | State Bar No.: 24126185 |
|  | **AHMAD, ZAVITSANOS & MENSING, PLLC** |
|  | 1221 McKinney Street, Suite 2500 |
|  | Houston, Texas 77010 |
|  | (713) 655-1101 |
|  | jmcmanis@azalaw.com |
|  | shalepota@azalaw.com |
|  | srajavolu@azalaw.com |
|  | tfrashier@azalaw.com |
|  | |
|  | ***Attorneys for the Defendants*** |
|  | **ALYSSA SHEIL, LLC AND** |
|  | **ALYSSA SHEIL** |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on May 17, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                          */s/ Thomas Frashier*
                                          Thomas Frashier