IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § § § § § § § § § | Case No. 1:24-cv-00423 |
| *Plaintiff,* | | |
| v. | | Jury Trial Demanded |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | | |
| *Defendant.* | | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS COUNTS 2, 3, 5, 6, 7, & 8 OF PLAINTIFFS' COMPLAINT**

Before the Court is Defendants' Partial Motion to Dismiss Counts 2, 3, 5, 6, 7, & 8 of Plaintiffs' Complaint (the "Motion to Dismiss"). Having reviewed the Motion to Dismiss, any responses, and applicable law, the Court hereby **GRANTS** the Motion.

It is hereby ORDERED that all claims under counts 2, 3, 5, 6, 7, & 8, of Plaintiffs complaint are dismissed with prejudice.

SIGNED this _____ day of _____, 2024.

_____
United States District Court Judge