IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALYSSA SHEIL LLC AND ALYSSA SHEIL,<br><br>*Defendants.* | Case No.: 1:24-cv-00423-RP<br><br>Jury Trial Demanded |

## STIPULATION TO EXTEND TIME TO RESPOND TO PARTIAL MOTION TO DISMISS

It is hereby stipulated by and between Plaintiffs Sydney Nicole LLC and Sydney Nicole Gifford, by and through their counsel of record, the Kumar Law Firm PLLC, and Defendants Alyssa Sheil LLC and Alyssa Sheil, by and through their counsel of record, Ahmad Zavitsanos and Mensing PLLC, that Plaintiffs shall have until Wednesday, July 10, 2024, to respond to Defendants' Partial Motion to Dismiss Counts 2, 3, 5, 6, 7, & 8 of Plaintiffs' Complaint. Plaintiffs reserve the right to assert any argument, objection, or other response to the claims and arguments set forth in Defendants' Partial Motion to Dismiss until such time.

| | |
|---|---|
| Respectfully Submitted, | Dated: July 1, 2024 |

| | |
|---|---|
| */s/ Kirsten Kumar* | */s/ Sujeeth Rajavolu* |
| Kirsten Kumar | Sujeeth Rajavolu |
| Texas Bar I.D.: 24126104 | State Bar No.: 24127961 |
| kkumar@thekumarlawfirm.com | Jason S. McManis |
| **The Kumar Law Firm PLLC** | State Bar No.: 24088032 |
| 2110 Ranch Road 620 S, #341060 | Shahmeer Halepota |
| Lakeway, TX 78734 | State Bar No.: 24109968 |
| Phone: (512) 960-3808 | Thomas Frashier |
| **Attorneys for Plaintiffs** | State Bar No.: 24126185 |
| **SYDNEY NICOLE LLC AND** | **Ahmad Zavitsanos & Mensing PLLC** |
| **SYDNEY NICOLE GIFFORD** | 1221 McKinney Street, Ste. 2500 |
| | Houston, Texas 77010 |
| | (713) 655-1101 |
| | shalepota@azalaw.com |
| | jmcmanis@azalaw.com |
| | srajavolu@azalaw.com |
| | tfrashier@azalaw.com |
| | **Attorneys for Defendants** |
| | **ALYSSA SHEIL LLC AND** |
| | **ALYSSA SHEIL** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Stipulation to Extend Time to Respond to Partial Motion to Dismiss was filed electronically on July 1, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Kirsten Kumar*
Kirsten Kumar

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Parties conferred via electronic mail on July 1, 2024, wherein the parties have agreed to the extension of time.

*/s/ Kirsten Kumar*
Kirsten Kumar