# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § § § § § § § § § | Case No.: 1:24-cv-00423-RP |
| *Plaintiffs,* | | |
| v. | | Jury Trial Demanded |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | | |
| *Defendants.* | | |

## ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PARTIAL MOTION TO DISMISS

The Court, having read and considered the Stipulation to Extend Time to Respond to Defendants' Partial Motion to Dismiss by and between Plaintiffs Sydney Nicole LLC and Sydney Nicole Gifford and Defendants Alyssa Sheil LLC and Alyssa Sheil, and good cause appearing therefore, hereby GRANTS the Stipulation and orders as follows:

The date for Plaintiffs Sydney Nicole LLC and Sydney Nicole Gifford to respond to Defendants' Partial Motion to Dismiss is extended to **July 10, 2024**.

SIGNED this _____ day of _____, 2024.

_____
United States District Court Judge