**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SYDNEY NICOLE LLC | § | |
| AND SYDNEY NICOLE | § | |
| GIFFORD, | § | |
| | § | Case No.: 1:24-cv-00423-RP |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Jury Trial Demanded |
| ALYSSA SHEIL LLC AND | § | |
| ALYSSA SHEIL, | § | |
| | § | |
| *Defendants.* | | |

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO**
**PARTIAL MOTION TO DISMISS**

It is hereby stipulated by and between Plaintiffs Sydney Nicole LLC and Sydney Nicole Gifford, by and through their counsel of record, the Kumar Law Firm PLLC, and Defendants Alyssa Sheil LLC and Alyssa Sheil, by and through their counsel of record, Ahmad Zavitsanos and Mensing PLLC, that Plaintiffs shall have a second extension of time to respond to Defendants' Partial Motion to Dismiss Counts 2, 3, 5, 6, 7, & 8 of Plaintiffs' Complaint. Plaintiffs' response shall now be due on or before Monday, July 22, 2024. Plaintiffs reserve the right to assert any argument, objection, or other response to the claims and arguments set forth in Defendants' Partial Motion to Dismiss until such time.

Respectfully Submitted,

Dated: July 9, 2024

/s/ Kirsten Kumar

Kirsten Kumar
Texas Bar I.D.: 24126104
kkumar@thekumarlawfirm.com
**The Kumar Law Firm PLLC**
2110 Ranch Road 620 S, #341060
Lakeway, TX 78734
Phone: (512) 960-3808
**Attorneys for Plaintiffs**
**SYDNEY NICOLE LLC AND**
**SYDNEY NICOLE GIFFORD**

/s/ Shahmeer Halepota

Shahmeer Halepota
State Bar No.: 24109968
Jason S. McManis
State Bar No.: 24088032
Sujeeth Rajavolu
State Bar No.: 24127961
Thomas Frashier
State Bar No.: 24126185
**Ahmad Zavitsanos & Mensing PLLC**
1221 McKinney Street, Ste. 2500
Houston, Texas 77010
(713) 655-1101
shalepota@azalaw.com
jmcmanis@azalaw.com
srajavolu@azalaw.com
tfrashier@azalaw.com
**Attorneys for Defendants**
**ALYSSA SHEIL LLC AND**
**ALYSSA SHEIL**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above Second Stipulation to Extend Time to Respond to Partial Motion to Dismiss was filed electronically on July 9, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.


*/s/ Kirsten Kumar*
Kirsten Kumar

## **<u>CERTIFICATE OF CONFERENCE</u>**

I hereby certify that counsel for the Parties conferred via electronic mail on July 5, 2024, wherein the parties have agreed to the second extension of time.

*/s/ Kirsten Kumar*
Kirsten Kumar