### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, § § § § | | |
| *Plaintiffs,* § § | Case No.: 1:24-cv-00423-RP | |
| v. § § | | |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, § § § § | Jury Trial Demanded | |
| *Defendants.* § | | |

### ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS

Before the Court is Defendants' Partial Motion to Dismiss Counts 2, 3, 5, 6, 7, & 8 of Plaintiffs' Complaint and Plaintiffs' Response in Opposition to Defendants' Partial Motion to Dismiss. Having reviewed both documents, any replies, and applicable law, the Court hereby DENIES Defendants' Partial Motion to Dismiss in full.

SIGNED this _____ day of _____, 2024.

_____
United States District Court Judge