UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYDNEY NICOLE LLC and <br> SYNDEY NICOLE GIFFORD, <br> *Plaintiffs* <br><br> v. <br><br> ALYSSA SHEIL LLC and ALYSSA <br> SHEIL, <br> *Defendants* | § § § § § § § § § § No. 1-24-CV-00423-RP |

### ORDER

Defendants filed their motion to dismiss on June 21, 2024. Dkt. 13. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judge's Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District **Judge Robert Pitman's** form on or before **September 10, 2024**.

**SIGNED** August 27, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1