IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § | |
| *Plaintiffs,* | § § | Case No.: 1:24-cv-00423-RP |
| v. | § § | |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | § § § § | Jury Trial Demanded |
| *Defendants.* | § | |

**PROPOSED AGREED SCHEDULING ORDER**

TO THE HONORABLE JUDGE: Pursuant to Federal Rule of Civil Procedure 16, the following Proposed Agreed Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before <u>February 21, 2025</u>.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before <u>November 4, 2024</u>, and each opposing party shall respond, in writing, on or before <u>November 18, 2024</u>. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before <u>November 30, 2024.</u>

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before <u>September 6, 2025.</u>

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>March 3, 2025.</u> Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>April 2, 2025.</u> All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within <u>11 days</u> from the receipt of the written report of the expert's proposed testimony, or within <u>11 days</u> from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before <u>June 25, 2025.</u>

8. All dispositive motions shall be filed on or before <u>July 25, 2025</u> and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for

each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference. **The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

10. This case is set for _____ trial commencing at 9:30 a.m. on _____, 20_____. **Jury selection may be conducted by a United States Magistrate Judge the Friday before the case is set for trial. Given that (1) many cases resolve before trial and (2) the Austin Division has only one active district court judge, the Court may set a criminal case and several civil cases for the same trial week. The Court recognizes the inconvenience this may cause counsel and parties if a trial is moved shortly before the trial date, but the Court must balance that inconvenience with its need to effectively deploy limited judicial resources.**

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motions deadline and the trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order. For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

SIGNED on _____, 20_____.

                                                                                                                                  _____
                                                                                                                                  ROBERT PITMAN
                                                                                                                                  UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| _____, | § § § | |
| Plaintiff(s), | § § § | 1:___-CV-____-RP |
| v. | § § | |
| _____, | § § § | |
| Defendant(s). | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party _____

through counsel _____

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

_____ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_____

Attorney for:

_____

'

Agreed:

*/s/ Kirsten Kumar*
Kirsten Kumar
Texas Bar I.D.: 24126104
kkumar@thekumarlawfirm.com
**The Kumar Law Firm PLLC**
2110 Ranch Road 620 S, #341060
Lakeway, TX 78734
Phone: (512) 960-3808
**Attorneys for Plaintiffs**
**SYDNEY NICOLE LLC AND**
**SYDNEY NICOLE GIFFORD**


*/s/Jason McManis*
Jason S. McManis
State Bar No.: 24088032
Thomas Frashier
State Bar No.: 24126185
Shahmeer Halepota
State Bar No.: 24109968
Sujeeth Rajavolu
State Bar No.: 24127961
**Ahmad Zavitsanos & Mensing PLLC**
1221 McKinney Street, Ste. 2500
Houston, Texas 77010
(713) 655-1101
shalepota@azalaw.com
jmcmanis@azalaw.com
srajavolu@azalaw.com
tfrashier@azalaw.com
**Attorneys for Defendants**
**ALYSSA SHEIL LLC AND**
**ALYSSA SHEIL**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Agreed Proposed Scheduling Order was filed electronically on September 9, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Kirsten Kumar*
Kirsten Kumar

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Parties conferred via electronic mail on September 6, 2024, wherein the parties have agreed to the Proposed Scheduling Order.

*/s/ Kirsten Kumar*
Kirsten Kumar