**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § § § | |
| *Plaintiffs,* | § § | Case No.: 1:24-cv-00423-RP |
| v. | § § § | Jury Trial Demanded |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | § § § | |
| *Defendants.* | | |

---

## NOTICE OF APPEARANCE OF COUNSEL

---

Please take notice that the following attorney is entering an appearance on behalf of Plaintiffs, Sydney Nicole LLC and Sydney Nicole Gifford: Sanjeev Kumar, Texas State Bar No. 24073790, of the Kumar Law Firm PLLC. Mr. Kumar's phone number is (512) 960-3808, his fax number is (512) 266-1120, and his email is skumar@thekumarlawfirm.com. Mr. Kumar is currently admitted to practice in the Western District of Texas.

Respectfully Submitted,                                    Dated: October 16, 2024

*/s/ Sanjeev Kumar*

Sanjeev Kumar
Texas Bar I.D.: 24073790
Kirsten Kumar
Texas Bar I.D.: 24126104
kkumar@thekumarlawfirm.com
skumar@thekumarlawfirm.com
**The Kumar Law Firm PLLC**
2110 Ranch Road 620 S, #341060
Lakeway, TX 78734
Phone: (512) 960-3808
**Attorneys for Plaintiffs**
**SYDNEY NICOLE LLC AND**
**SYDNEY NICOLE GIFFORD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Appearance was filed electronically on October 16, 2024. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.


*/s/ Sanjeev Kumar*
Sanjeev Kumar