IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALYSSA SHEIL LLC AND ALYSSA SHEIL,<br><br>*Defendants.* | § § § § § § § § § § § § § Case No.: 1:24-cv-00423-RP<br><br>Jury Trial Demanded |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

After considering Plaintiffs Sydney Nicole LLC's and Sydney Nicole Gifford's Motion for Leave to File First Amended Complaint, any response by Defendants, any arguments of counsel, and all evidence on file, this Court **GRANTS** Plaintiffs' Motion and **ORDERS** that Plaintiffs' First Amended Complaint be filed in this matter.

SIGNED this _____ day of _____, 202\_.

_____
United States District Court Judge