IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § § § § § § § § § § | Case No. 1:24-cv-00423<br><br>Jury Trial Demanded |
| *Plaintiff,* | | |
| v. | | |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | | |
| *Defendant.* | | |

**NOTICE CONCERNING REFERENCE TO
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: Alyssa Sheil LLC and Alyssa Sheil

through counsel: A HMAD, Z AVITSANOS & M ENSING, PLLC

☐ consents to having a United States Magistrate Judge preside over the trial in this case.

☒ declines to consent to trial before a United States Magistrate Judge.

Dated: December 2, 2024            Respectfully submitted,

*/s/ Jason S. McManis*
Jason S. McManis
State Bar No.: 24088032
Shahmeer Halepota
State Bar No.: 24109968
Sujeeth Rajavolu
State Bar No.: 24127961
Thomas Frashier
State Bar No.: 24126185
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500

1

Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
shalepota@azalaw.com
srajavolu@azalaw.com
tfrashier@azalaw.com

***Attorneys for the Defendants*ALYSSA SHEIL, LLC AND ALYSSA SHEIL**