**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD, | § § § § | |
| *Plaintiffs,* | § § | Case No.: 1:24-cv-00423-RP |
| v. | § § § | |
| ALYSSA SHEIL LLC AND ALYSSA SHEIL, | § § § | Jury Trial Demanded |
| *Defendants.* | | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

Plaintiffs Sydney Nicole LLC and Sydney Nicole Gifford ("Plaintiffs") and Defendants Alyssa Sheil LLC and Alyssa Sheil ("Defendants") (Plaintiffs and Defendants collectively the "Parties"), in accordance with the Scheduling Order (Dkt. 23) and Local Rule CV-88, jointly submit this Alternative Dispute Resolution Report:

1.     **Status of Settlement Negotiations:** Although some settlement discussions have taken place, they have not been successful. The parties are continuing these discussions.

2.     **Parties Responsible for Settlement Negotiations:** For Plaintiffs, counsel of record at the Kumar Law Firm PLLC are responsible for settlement negotiations. For Defendants, counsel of record at Ahmad Zavitsanos & Mensing PLLC are responsible for settlement negotiations.

3.     **Method of Alternative Dispute Resolution:** The Parties agree that mediation is the most effective form of ADR for this case. The Parties are in the process of selecting a

mediator and a date for mediation. The Parties have agreed to equally bear the mediator's

cost of compensation.

Respectfully Submitted,

*/s/ Kirsten Kumar*

Kirsten Kumar
Texas Bar I.D.: 24126104
Sanjeev Kumar
Texas Bar I.D.: 24073790
**The Kumar Law Firm PLLC**
2110 Ranch Road 620 S, #341060

Lakeway, TX 78734
Phone: (512) 960-3808
kkumar@thekumarlawfirm.com
skumar@thekumarlawfirm.com
**Counsel for Plaintiffs**
**SYDNEY NICOLE LLC AND**
**SYDNEY NICOLE GIFFORD**

Dated: February 3, 2025

*/s/ Thomas Frashier*

Thomas Frashier
State Bar No.: 24126185
Jason S. McManis
State Bar No.: 24088032
Sujeeth Rajavolu
State Bar No.: 24127961
Shahmeer Halepota
State Bar No.: 24109968
**Ahmad Zavitsanos & Mensing PLLC**
1221 McKinney Street, Ste. 2500
Houston, Texas 77010
(713) 655-1101
tfrashier@azalaw.com
jmcmanis@azalaw.com
srajavolu@azalaw.com
srajavolu@azalaw.com
**Counsel for Defendants**
**ALYSSA SHEIL LLC AND**
**ALYSSA SHEIL**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Alternative Dispute Resolution Report was filed electronically on February 3, 2025. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Kirsten Kumar*

Kirsten Kumar