IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYDNEY NICOLE LLC AND SYDNEY NICOLE GIFFORD,<br><br>  *Plaintiffs,*<br><br>v.<br><br>ALYSSA SHEIL LLC AND ALYSSA SHEIL,<br><br>  *Defendants.* | Case No.: 1:24-cv-00423-RP<br><br>Jury Trial Demanded |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' settlement agreement, Plaintiffs and Defendants stipulate to dismissal of this action, including all claims and potential counterclaims, with prejudice, with each Party to bear its own fees and costs.

Respectfully Submitted,

*/s/ Christopher M. Weimer/*

Kirsten Kumar
Texas Bar I.D.: 24126104
Sanjeev Kumar
Texas Bar I.D.:
kkumar@thekumarlawfirm.com
skumar@thekumarlawfirm.com
**The Kumar Law Firm PLLC**
2110 Ranch Road 620 S, #341060
Lakeway, Texas 78734
Phone: (512) 960-3808

Dated: May 28, 2025

*/s/ Shahmeer Halepota/*

Shahmeer Halepota
State Bar No.: 24109968
Jason S. McManis
State Bar No.: 24088032
Sujeeth Rajavolu
State Bar No.: 24127961
Thomas Frashier
State Bar No.: 24126185

**Ahmad Zavitsanos & Mensing PLLC**
Houston, Texas 77010
(713) 655-1101

1

Alexandra H. Bistline
State Bar No. 24092137
Christopher M. Weimer
State Bar No. 24061894
**Pirkey Barber PLLC**
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Fax: (512) 322-5201
abistline@pirkeybarber.com

cweimer@pirkeybarber.com

shalepota@azalaw.com
jmcmanis@azalaw.com
srajavolu@azalaw.com
tfrashier@azalaw.com

**Attorneys for Plaintiffs**
**SYDNEY NICOLE LLC AND**
**SYDNEY NICOLE GIFFORD**

**Attorneys for Defendants**
**ALYSSA SHEIL LLC AND**
**ALYSSA SHEIL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically today, May 28, 2025 and thereby served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Christopher M. Weimer*
Christopher M. Weimer