IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY NICOLE LLC and SYDNEY NICOLE GIFFORD, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:24-CV-423-RP |
| ALYSSA SHEIL LLC and ALYSSA SHEIL, | § § § | |
| Defendants. | § § | |

**ORDER**

On May 28, 2025, the parties filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 29, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE